IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20974
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD MACK MAXWELL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-84-1
- - - - - - - - - -

January 5, 1999

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Ronald Mack Maxwell appeals from his conviction of carrying a firearm during and in connection with a drug offense. Maxwell contends that the evidence was insufficient to support his conviction. We conclude that the evidence was sufficient for the jury to find beyond a reasonable doubt that Maxwell knowingly carried a pistol in the console of his car during and in connection with his drug-trafficking offense. *See United States v. Muscarello*, 106 F.3d 636, 638 (5th Cir. 1997), *aff'd*, 118 S. Ct. 1911 (1998).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.